UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: ST. RITA<br>*Verges*    C.A. No. 06-8731 | SECTION "K"(2) |

## ORDER AND REASONS

Before the Court are the following motions:

(1) Motion to Remand filed by plaintiffs, Laurie Melerine Bohnenstiehl Verges and Nathan James Melerine, individually and on behalf of Lucille Melerine, (Doc. 1925) and

(2) United States' Motion to Dismiss Third-Party Demands (Doc. 1959).

This case is one among 45 cases filed in state court concerning alleged negligence and nursing home malpractice that occurred at St. Rita's Nursing Home Facility ("St. Rita's") in the flooding that occurred in the wake of Hurricane Katrina. Having reviewed the pleadings, memoranda and the relevant law, and for the reasons assigned in the Order and Reasons entered on May 15, 2007 (Doc. 4642 ) in *Alan Johnson v. Buffman, Inc., et al.,* C.A. No. 06-7400 which was consolidated under *In re Katrina Canal Breaches Consolidated Litigation*, C. A. No. 05-4182,

**IT IS ORDERED** that the Motion to Remand[1] (Doc. 1925) is **DENIED**.

**IT IS FURTHER ORDERED** that the United States' Motion to Dismiss Third-Party Demands (Doc. 1959) is **GRANTED**.

---

[1] Plaintiffs in this motion contend that the Court lacks subject matter jurisdiction over this action because the United States cannot be sued in its capacity as sovereign and because the Government is immune under the Flood Control Act, 33 U.S.C. § 702(c). This position ignores the procedural fact that the Government properly removed this matter pursuant to 28 U.S.C. § 1442.

**IT IS FURTHER ORDERED** pursuant to 28 U.S.C. 1447(c), this case is **REMANDED**

the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana.

New Orleans, Louisiana, this  15th   day of May, 2007.

------------------------------------------
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**